# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

            Plaintiff,

-vs-                                         Case No. 2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

            Defendant.
_____

## **ORDER**

       This matter comes before the Court on the Plaintiff's Motion to Compel Testimony and Production at Corporate Representative Deposition and Incorporated Memorandum of Law (Doc. # 39) filed on April 26, 2010. The Defendant filed its Response in Opposition to Compel Testimony and Production at Corporate Representative Deposition and Incorporated Memorandum of Law (Doc. #42) on May 14, 2010. The Motions are now ripe for review.

       On February 11, 2010, the Plaintiff noticed the Defendant of taking deposition and subpoena *duces tecum* requesting the Defendant produce its Rule 30(b)(6) Corporate Representative. The subpoena *duces tecum* requests the same documents the Plaintiff requested in its initial request for production. The Defendant objects to the deposition at this time due to the fact that the Motion to Dismiss is still pending and the Defendant has yet to answer or file its affirmative defenses. Some of the topics the Plaintiff addresses in its Notice pertain to affirmative defenses.

       At this point in the proceedings, it would be premature to depose the Defendant's Corporate Representative. The Defendant has yet to file its answer and affirmative defenses. It would be

necessary to re-depose the Defendant's Corporate Representative at a later date if the deposition were to proceed prior to the answer and affirmative defenses being filed. Therefore, the Motion to Compel the Deposition of the Corporate Representative is premature and due to be denied without prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Motion to Compel Testimony and Production at Corporate Representative Deposition and Incorporated Memorandum of Law (Doc. # 39) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of June, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record