# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

                Plaintiff,

-vs-                                        Case No.  2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

                Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff Desoto Health & Rehab, LLC. And Philadelphia Indemnity Insurance Company's Agreed Motion of Plaintiff, Desoto Health and Rehab, LLC. For an Extension of Time Respecting Certain Court Ordered Deadlines (Doc. #47) filed on June 2, 2010.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). After a review of the Motion to Court finds good cause to grant the requested relief and grant the extension of the deadlines in the Case Management and Scheduling Order.

Accordingly, it is now

**ORDERED:**

The Plaintiff Desoto Health & Rehab, LLC. and Philadelphia Indemnity Insurance Company's Agreed Motion of Plaintiff, Desoto Health and Rehab, LLC. For an Extension of Time Respecting Certian Court Ordered Deadlines (Doc. #47) is **GRANTED**. The Case Management and Scheduling Order is modified as follows:

| | |
|---|---|
| Disclosure of Experts  Plaintiff: | **August 20, 2010** |
| Defendant: | **October 1, 2010** |
| Discovery Deadline | **October 29, 2010** |

| | |
|---|---|
| Mediation  Deadline:  Mediator:  Address:  Telephone:  If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **November 13, 2010** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **November 29, 2010** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **December 23, 2010** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **January 13, 2011** |
| Final Pretrial Conference  Date:  Time:  Judge: | **February 14, 2011**  **1:30pm**  **Hon. Charlene Edwards Honeywell** |

| | |
|---|---|
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **March 1, 2011** |

**DONE AND ORDERED** at Fort Myers, Florida, this   10th   day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record