UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

            Plaintiff,

-vs-                                  Case No. 2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

            Defendant.
_____

## ORDER

        This matter comes before the Court on Defendant's Motion to Strike Jury Trial Demand (Doc. #66) filed on August 9, 2010. Plaintiff filed a response on August 12, 2010 (Doc. #69). Also before the Court is Plaintiff's Motion to Amend Jury Trial Demand (Doc. #70) filed on August 13, 2010.

        Defendant moves to strike Plaintiff's jury trial demand because it names a different Plaintiff than DeSoto Health. Specifically, the jury trial demand stated "Plaintiff, MAINSTREAM CONSTRUCTION GROUP, INC., demands a jury trial on all issues so triable." Plaintiff responds that this was merely a typographical misnomer and has filed a Motion to Amend the Jury Trial Demand to so as to amend the demand to read "DESOTO HEALTH & REHAB" instead of "MAINSTREAM CONSTRUCTION."

        Upon review of the Complaint, the Court finds that the typographical misnomer in Plaintiff's demand was not intentional, and the demand should be treated as timely. "Pleadings must be

construed so as to do justice." Fed. R. Civ. P. 8(e). *See also* <u>Seoul Broadcasting Sys. Intern., Inc. v. Ladies Professional Golf Ass'n</u>, 2010 WL 2035137, *11 n.9 (M.D. Fla. May 21, 2010) (construing a misnamed defendant as properly named upon review of the allegations in the Amended Complaint). Thus, the misnomer may be corrected by amendment.

Accordingly, it is now

**ORDERED:**

(1)    Defendant's Motion to Strike Jury Trial Demand (Doc. #66) is **DENIED**.

(2)    Plaintiff's Motion to Amend Jury Trial Demand (Doc. #70) is **GRANTED**. Plaintiff has up to and including **August 18, 2010** to file an Amended Complaint with the correct jury trial demand.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record