UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

          Plaintiff,

-vs-                                      Case No. 2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

          Defendant.
_____

## ORDER

On November 19, 2010, a hearing was held in this matter during which the Court ordered Defendant to provide the Court with a copy of all unredacted documents on its Revised Privilege Log for *in camera* review. The Court is aware that Defense Counsel was not able to provide the Court with redacted copies of the documents today. The Court would like both redacted and unredacted copies of the documents for ease of review. Therefore, the Court will allow Defendant additional time to provide the Court with both redacted and unredacted copies of all documents where privilege is claimed in Defendant's Revised Privilege Log.

Accordingly, it is now

**ORDERED:**

Defendant shall forward redacted and unredacted copies of all documents where the Defendant is claiming privilege in the Revised Privilege Log so that the Court is in receipt of them by November 24, 2010.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record