UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

          Plaintiff,

-vs-                                  Case No. 2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

          Defendant.
_____

**ORDER**

      This matter comes before the Court on Plaintiff's Motion to Compel Production of Documents in Response to Plaintiff's First Request for Production Dated December 14, 2009 (Doc. #37) filed on April 26, 2010. On June 11, 2010, this Court issued an Order on Plaintiff's Motion. The undersigned's findings were appealed by the Defendant to the District Court pursuant to Federal Rule 72(a). On October 7, 2010, the District Court overruled Defendant's objections in part (Doc. #86). In that Order, the District Court referred Defendant's request for clarification to the undersigned for handling and also directed Defendant to submit to the undersigned responsive documents to Requests for Production Numbers 5-10, 19, 20, and 22 for an *in camera* examination. The Court received the documents from Defendant on October 14, 2010 and now issues its Order.

      Accordingly, it is now

      **ORDERED:**

(1) With regard to the request for clarification, Defendant seeks clarification on a portion of the undersigned's June 11, 2010 Order. The questioned portion is:

> The Defendant objects to the requests stating that the correspondence between the Defendant and whoever could be protected and/or confidential materials are irrelevant and overbroad. The requests are related to this claim file and are relevant to the instant claim and must be produced. However, the request [sic] are limited in the instant claim. Any information from the requested sources that is not related to this action is not relevant and does not have to be produced.

(Doc. #53 at 5). Defendant is unclear as to what or which specific document request this paragraph pertains. The Court amends this paragraph to read as follows:

> Any requests related to this claim file are relevant and must be produced. However the requests are limited to the instant claim. Any information from the requested source that is not related to the instant claim is not relevant and does not have to be produced.

(2) With regard to the documents submitted to the Court for *in camera* inspection, the Court finds that the documents are protected by the trade secret privilege and are not due to be produced.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record