UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

                Plaintiff,

-vs-                                        Case No.   2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

                Defendant.
_____

**ORDER**

      This matter comes before the Court *sua sponte* upon review of the file on January 6, 2011. At the November 19, 2010 hearing, both parties were ordered to meet and discuss the two pending motions (Doc. #128 and #129) not addressed at that hearing. Both parties were ordered to make an attempt at resolving the motions in accordance and consistent with the rulings made during the hearing. On December 2, 2010, this Court issued an Order (Doc. # 153) directing the Parties to file a Status Report regarding the two (2) outstanding Motions to Compel. In compliance with that Order the Parties met on December 3, 2010, and filed a Status Report (Doc. # 154) on December 6, 2010.

      The Parties conveyed to the Court that they have generally agreed on certain items including those matters no longer at issue and have discussed the adequate level of description that should be included in possible amended responses to the interrogatories and request for production. However, the Defendant's Counsel stated they would have to discuss any resolutions with lead counsel, Janice

A. Kelly, in order to confirm certain matters before any definitive representations could be made with respect to their agreements as well as discuss any attempts to resolve the remaining pending issues. Thus, the Status Report failed to give the Court any indication of when the issues will be resolved, if at all, or that the pending motions will be withdrawn.

As a result, the Court now directs the Parties to provide the Court with a status report regarding the disposition of pending discovery and whether or not the issues can be resolved. Failure to comply with such an order is treated by the Court with special gravity and disfavor and could result in sanctions against the Parties.

Accordingly, it is now

**ORDERED:**

The Parties will provide a **STATUS REPORT** on the outstanding discovery Motions (Doc. # 128 and 129) including what discussions have taken place regarding the disputed discovery, and whether or not the Motions will be withdrawn, **5:00pm. Monday, January 10, 2011**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of January, 2011.

*[Signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record