**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DESOTO HEALTH & REHAB, L.L.C., a Florida
limited liability company,

                Plaintiff,

-vs-                                   Case No.  2:09-cv-599-FtM-99SPC

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation doing
business as Philadelphia Insurance Companies,

                Defendant.

_____

## <u>ORDER</u>

This matter comes before the Court on the Plaintiff, Desoto Health & Rehab, LLC.'s Motion to Compel Answers to Plaintiff's Second Interrogatories to Defendant (Doc. #128) filed on November 16, 2010, and the Plaintiff, Desoto Health & Rehab, LLC.'s Third Motion to Compel Production of Documents (Doc. # 129) filed on November 16, 2010.  On December 2, 2010, a status conference was held on the various outstanding discovery issues in this case.  The Parties were directed to meet and confer and work out the remaining issues involved in the above listed Motions to Compel and report back to the Court in writing the results of that conference.

On December 6, 2010, the Parties filed their first status report (Doc. # 154).  The Parties informed the Court that some of the issues had been resolved but that lead counsel Atty. Kelly would have to be consulted prior to the remaining issues being resolved.  Atty. Kelly has been ill during this process and was unable to attend the conference or participate in the follow-up meetings.  The Defendant was scheduled to confer with Atty. Kelly around December 10-15, 2010.

On January 6, 2011, the Court again requested a status report on the outstanding discovery. The Plaintiff's filed a status report on January 10, 2011, (Doc. # 158) stating that the issues were being resolved and that by January 21, 2011, all of the discovery should be answered or produced. A follow up status report (Doc. # 161) was filed on January 10, 2011, confirming that unless otherwise notified the pending discovery motions would be withdrawn on January 21, 2011, in accord with the Parties agreement submitted on January 6, 2011.  Therefore, based upon the Parties representations, the pending Motions to Compel are now moot.  Should any outstanding discovery remain from these two Motions the Parties may file new motions to compel directed specifically to those issues.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiff, Desoto Health & Rehab, LLC.'s Motion to Compel Answers to Plaintiff's Second Interrogatories to Defendant (Doc. #128) is **DENIED as moot**.

(2) The Plaintiff, Desoto Health & Rehab, LLC.'s Third Motion to Compel Production of Documents (Doc. # 129) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___24th___ day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-2-